# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **EDVIN L. PEREZ CHINCHILLA,** ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No. 4:14-cv-01037-RDP-HGD |
| ) | |
| **SCOTT HASSELL, et al.,** ) | |
| ) | |
| Respondents. ) | |

## DISMISSAL ORDER

On June 8, 2014, the Magistrate Judge's Report and Recommendation was entered and the parties were allowed therein fourteen (14) days in which to file objections to the recommendations made by the Magistrate Judge. No objections to the Magistrate Judge's Report and Recommendation have been filed by Petitioner or Respondents.

After careful consideration of the record in this case and the Magistrate Judge's Report and Recommendation, the court hereby **ADOPTS** the Report of the Magistrate Judge. The court further **ACCEPTS** the recommendations of the Magistrate Judge. It is, therefore, **ORDERED**, **ADJUDGED** and **DECREED** that this action is due to be and hereby is **DISMISSED WITHOUT PREJUDICE** as premature.

**DONE** and **ORDERED** this    27th    day of June, 2014.

_____
**R. DAVID PROCTOR**
UNITED STATES DISTRICT JUDGE